**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-7260**

─────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

CHARLES DEANGELO COMER,

                              Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  N. Carlton Tilley, Jr., Chief District Judge.  (CR-95-119, CA-01-290-1)

─────────────

Submitted:  February 14, 2002        Decided:  February 22, 2002

─────────────

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Charles Deangelo Comer, Appellant Pro Se.  Michael Francis Joseph, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Deangelo Comer seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, although we grant Comer's motion to proceed on appeal in forma pauperis, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Comer, Nos. CR-95-119; CA-01-290-1 (M.D.N.C. July 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED